# THE LAW OFFICES OF SEAN M. MAHER, PLLC

July 15, 2020

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/20
```

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Abreu Gil et al.* (Francisco Salazar),
20 Cr. 199 (KMW)

Dear Judge Wood:

On behalf of Mr. Francisco Salazar, I respectfully write to request that the Court modify the terms of Mr. Salazar's pretrial release to permit travel to the District of New Jersey when such travel is a part of his job as a Lyft driver and not for any other purpose. The reason for this request is that Mr. Salazar is employed as a Lyft driver and he foregoes revenue by not being able to accept fares involving travel in New Jersey. ] Granted

I have communicated the instant request to the government and the Pretrial Services Office. AUSA Brandon Harper has informed me that the government consents to the instant request; Pretrial Services Officer Courtney DeFeo has informed me that the Pretrial Services Offices takes no position on the instant request.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Francisco Salazar*

cc: All parties via ECF

SO ORDERED: N.Y., N.Y. 7/16/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.