USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _8/14/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   Docket #1:20-cr-00199-KMW-12
    -against-                       :   ORDER
                                    :
Francisco Salazar                   :
                                    :
        Defendant                   :
                                    :
------------------------------------X

Kimba M. Wood, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include mental health evaluation and treatment as directed.


        Dated: New York, New York
               August _14_, 2020


                        SO ORDERED:


                        _____
                        Kimba M. Wood
                        United States District Judge