UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

FRANCISCO SALAZAR,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/22

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, sentencing currently scheduled for September 1, 2022, is adjourned to Wednesday, September 14, 2022, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       August 9, 2022

                                        /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE