
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

THE LAW OFFICES OF SEAN M. MAHER, PLLC

February 12, 2024

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Abreu Gil et al.* (**Francisco Salazar**),
    **20 Cr. 199 (KMW)**

Dear Judge Wood:

On behalf of Mr. Francisco Salazar, I respectfully write to request that the Court direct the Pretrial Services Office to return Mr. Salazar's passport to him.

On October 19, 2022, the Court sentenced Mr. Salazar to one month of incarceration, along with other conditions. Mr. Salazar had been on pretrial release and previously surrendered his passport to the Pretrial Services Office. Mr. Salazar completed his term of incarceration and is now on post-release supervision. On February 6, 2024, the Court granted Mr. Salazar's request to travel to Ecuador and to travel internationally at the discretion of the U.S. Probation Department. Doc. No. 513, Judicial Response, filed 2/6/2024. It is my understanding that the U.S. Probation Department has approved Mr. Salazar for a trip to Ecuador that begins tomorrow, February 13, 2024. Accordingly, it is respectfully requested that the Court direct the Pretrial Services Offices to release Mr. Salazar's passport back to him.

I have conferred with the government concerning this request for the return of Mr. Salazar's passport and have been informed by AUSA Brandon Harper that the government has no objection to the instant request.

**The Court directs pretrial services to return Mr. Salazar's passport for international travel tomorrow.**

**SO ORDERED.**

**Dated: New York, New York
        February 12, 2024**

cc: All parties via ECF

       /s/ Kimba M. Wood
**KIMBA M. WOOD
United States District Judge**

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Francisco Salazar*

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM